**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   23-MJ-00076-SMM**

> FILED BY____**MB**____D.C.
>
> *Aug 10, 2023*
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - FTP

**UNITED STATES OF AMERICA,**

v.

**IVIS ANDURAY RODRIGUEZ-ORDONEZ,**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:

Diana M. Acosta
Assistant United States Attorney
Florida Bar No.: 775185
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Diana.Acosta@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Diana M. Acosta

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

Ivis Anduray Rodriguez-Ordonez,

*Defendant(s)*

)
)
)
)
)
)
)

Case No.

23-MJ-00076-SMM

FILED BY __MB__ D.C.

**Aug 10, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 30, 2023_ in the county of _Saint Lucie_ in the
_Southern_ District of _Florida_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)<br>21 U.S.C. § 841(a)(1) | Possession of a Firearm by an Illegal Alien;<br>Possession with Intent to Distribute Cocaine. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

U.S. Border Patrol, Border Patrol Agent  Richard Soto Valentin
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: _August 10, 2023_

*Judge's signature*

City and state: _Fort Pierce, Florida_

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Soto Valentin, being duly sworn, depose and state as follows:

1. I am a Border Patrol Agent ("BPA") for the United States Department of Homeland Security, United States Border Patrol, and have served in that position for almost seventeen (17) years. I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. Previously, from January 2019 to June 2022, I was assigned as a Prosecution Agent to the West Palm Beach Station. Form February 2015 to March 2017, I was detailed to the Drug Enforcement Administration ("DEA") Resident Office in Port St Lucie, Florida. During my tenure at the DEA, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering. From March 2012 to June 2014, I was detailed to Homeland Security Investigations ("HSI") in Arecibo, Puerto Rico. During my tenure at HSI, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering and illegal weapons violations. Prior to becoming a Federal Agent, I was a state Criminal Investigator in the Puerto Rico Police Department for a period of eleven (11) years. I was assigned to the Narcotic Division as a Criminal Investigator. I have attended the United States Border Patrol Agent Academy, at the Federal Law Enforcement Training Center, in Artesia, New Mexico. I have received specialized training regarding the investigation and enforcement of United States Immigration Laws. In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative and criminal laws under Titles 8, 18, 19, and 21 of the United States Code. As a federal law enforcement officer, I

have the authority to conduct investigations, make arrests, execute search warrants, and take sworn statements.

2.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ivis Anduray RODRIGUEZ-ORDONEZ, committed the offense of being an illegal alien in possession of a firearm, in violation of 18 U.S.C. §  922 (g)(5) and possession of cocaine with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a) (1).

3.     On July 30, 2023, at approximately 19:50 hours, Resident Border Patrol Agent (RA) Cesar Barrientos and I conducted a traffic stop on a 2018 Toyota Camry bearing Florida registration 68BVNX near 1904 Havana Ave. in Fort Pierce, Florida.

4.     We had prior knowledge through Department of Homeland Security Databases that the vehicle was registered to a Honduran national illegally in the United States (U.S.) named RODRIGUEZ-ORDONEZ, Ivis Anduray (hereinafter known as RODRIGUEZ-ORDONEZ). The driver and the sole occupant of the Toyota   was   RODRIGUEZ-ORDONEZ.     RODRIGUEZ-ORDONEZ   was questioned by RA Barrientos as to his nationality and right to be and remain in the U.S.  All communications with RODRIGUEZ-ORDONEZ were conducted in Spanish since RODRIGUEZ-ORDONEZ did not speak fluent English and RA Barrientos and I are both native Spanish speakers.  RODRIGUEZ-ORDONEZ freely and voluntarily admitted to being a Honduran national illegally in the U.S.,

2

and was unable to produce any immigration documents allowing him to be or remain in the U.S. legally. RODRIGUEZ-ORDONEZ was placed under arrest for being in the U.S. in violation of federal immigration law.

5.     I asked RODRIGUEZ-ORDONEZ if he had anything illegal inside his car. RODRIGUEZ-ORDONEZ freely and voluntarily admitted having cocaine in his vehicle and pointed to a small compartment on the left front side dashboard of his vehicle.

6.     RODRIGUEZ-ORDONEZ was immediately advised of his MIRANDA WARNINGS in the Spanish by RA Barrientos. RODRIGUEZ-ORDONEZ indicated that he understood his constitutional rights and waived his rights by willingly and voluntarily agreeing to answer questions. RA Barrientos retrieved a total of nineteen (19) separate baggies containing a white powdery substance from the small compartment. The white powdery substance was later field tested by RA Barrientos and tested positive for cocaine.

7.     RA Barrientos proceeded to conduct a thorough search of the vehicle and found $1,400 in one-hundred-dollar bills inside a compartment in front of the stick shift of the vehicle and $245 dollars was found RODRIGUEZ-ORDONEZ's wallet.

8.     RODRIGUEZ-ORDONEZ who was under arrest and in the process of being transported to the West Palm Beach Border Patrol Station was asked by me if he had any more narcotics at his residence. RODRIGUEZ-ORDONEZ admitted to having close to one ounce of powder cocaine at his residence and a firearm somewhere near his bed. I asked RODRIGUEZ-ORDONEZ if he would

consent to a search of his property to retrieve the cocaine and the firearm. RODRIGUEZ-ORDONEZ told us he was consenting because he did not want to involve his family in any legal problems and that he did not want his family to see what he had inside his room. Prior to the search, RODRIGUEZ-ORDONEZ executed a written consent to search form.

9. We then drove to 607 S. 23rd Street in Fort Pierce, Saint Lucie County, along with RODRIGUEZ-ORDONEZ. RODRIGUEZ-ORDONEZ directed us to the rear side of the property and gave us consent to enter and search his room which was unoccupied. I seized the following items:

- A pistol, make Canik, 9mm caliber, model TP9 SF ELITE with serial number T6472-21 BH 34335.

- Plastic bag containing twenty-two (22) grams of white powder that had field tested positive for cocaine.

- Twenty-one (21) rounds of 9mm caliber ammunition.

- Two (2) black-in-color, 9mm pistol magazines.

- Black in color Canik pistol holster.

- 1OX5 inches tray, with a debit/credit card with the name RODRIGUEZ -ORDONEZ. Also a plastic baggie with cocaine residue.

- Multiples plastic baggies and bags.

- Digital scale.

- Canik's pistol carrying case black in color.

- Metallic ruler and metallic strainer.

4

10. Based on my training and experience, the nineteen (19) baggies of cocaine and the plastic bag with twenty-two (22) grams of cocaine were packaged for distribution.

11. ATF Special Agent Michael Kelly, an Interstate Nexus Expert, confirmed that Canik pistols are not manufactured in the State of Florida, and therefore did travel in interstate or foreign commerce.

12. Based on these facts and my training and experience, I respectfully believe that there is sufficient probable cause to show that RODRIGUEZ-ORDONEZ, an illegal alien in the United States, possessed a firearm, in violation of 18 U.S.C. § 922(g)(5) and possessed cocaine with intent to distribute, in violation 21 USC 841 (a) (1).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Richard Soto Valentin
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __10th__ day of August 2023.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE